IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA NELSON-BORO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3261 |
| | ) | |
| v. | ) | |
| | ) | |
| THE DAKOTAS AND WESTERN | ) | MEMORANDUM AND ORDER |
| ELECTRICAL INDUSTRY | ) | |
| HEALTH AND WELFARE FUND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have jointly moved the court to stay the proceedings herein for sixty days to permit the plaintiff to first submit his claim for administrative consideration by the Defendant Plan. Filing No. 10. The court finds that this motion should be granted.

IT IS ORDERED:

1) The parties' joint motion to stay, (filing no. 10), is granted, and the litigation of this case is stayed until March 23, 2009.

2) The defendant's answer deadline, previously extended to January 22, 2009, is continued to March 23, 2009.

DATED this 26th day of January, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge