IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA NELSON-BORO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3261 |
| | ) | |
| v. | ) | |
| | ) | |
| THE DAKOTAS AND WESTERN | ) | **JUDGMENT** |
| ELECTRICAL INDUSTRY | ) | |
| HEALTH AND WELFARE FUND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 21) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 19th day of May, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge